# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**REGINALD K. WATSON JR.**                                                                              **PLAINTIFF**

**v.**                         **CIVIL ACTION NO. 3:18CV-P233-JHM**

**SOUTHERN HEALTH PARTNERS** *et al.*                         **DEFENDANTS**

## MEMORANDUM OPINION

Plaintiff Reginald K. Watson Jr., an inmate at the Hardin County Detention Center (HCDC), filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 against Southern Health Partners and Carmen Blackburn, "medical team administrator" at HCDC. By Memorandum Opinion and Order entered October 3, 2018 (DN 8), the Court conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915A and dismissed the federal claims against Defendants. Before dismissing the action, however, the Court provided Plaintiff with an opportunity to file an amended complaint to describe the facts surrounding how Defendant Blackburn allegedly violated his rights; to name as Defendants in their individual capacities any other persons who allegedly violated his rights; and to describe the facts detailing what each Defendant allegedly did to violate his rights. The Court advised Plaintiff that his failure to file an amended complaint within 30 days from entry of the Memorandum Opinion and Order would result in dismissal of the federal claims for the reasons stated therein and dismissal of the state-law claims without prejudice pursuant to 28 U.S.C. § 1367(c)(3) ("The district courts may decline to exercise supplemental jurisdiction over a claim . . . if . . . the district court has dismissed all claims over which it has original jurisdiction.").

The 30-day period has expired, and the record reflects that Plaintiff has not filed an amended complaint. Therefore, the Court will enter a separate Order dismissing this action.

Date: December 18, 2018

*Joseph H. McKinley*

Joseph H. McKinley Jr., District Judge
United States District Court

cc: Plaintiff, *pro se*
     Defendants
     Hardin County Attorney
4414.005